LAURIE A. TRAKTMAN (SBN 165588)
email: lat@gslaw.org
**GILBERT & SACKMAN**
**A Law Corporation**
3699 Wilshire Boulevard, Suite 1200
Los Angeles, California 90010
Telephone: (323) 938-3000
Facsimile: (323) 937-3139

Attorneys for Plaintiffs

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' PENSION PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' HEALTH PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA SHEET METAL JOINT APPRENTICESHIP AND TRAINING COMMITTEE; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' LOCAL 105 RETIREE HEALTH PLAN; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA SHEET METAL WORKERS' 401(A) PLAN; SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION, LOCAL UNION NO. 105 UNION DUES CHECK-OFF AND DEFERRED SAVINGS FUND; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA LABOR MANAGEMENT COOPERATION TRUST; BOARD OF TRUSTEES OF THE SHEET METAL INDUSTRY FUND OF LOS ANGELES, <br><br>          Plaintiffs, <br><br>          v. <br><br> HENDERSON MECHANICAL SYSTEMS, INC.; JAMES PAUL LEE, III; individual, <br><br>          Defendants. | Case No.  2:14-CV-03996-CAS(JZx) <br><br> Hon. Christina A. Synder <br><br> [PROPOSED] ORDER ON STIPULATION FOR JUDGMENT |

1    Pursuant to the Stipulation by and between Plaintiffs Board of Trustees of the
2    Sheet Metal Workers' Pension Plan of Southern California, Arizona and Nevada
3    ("Pension Plan"); Board of Trustees of the  Sheet Metal Workers' Health Plan of
4    Southern California, Arizona and Nevada ("Health Plan"); Board of Trustees of the
5    Southern California Sheet Metal Joint Apprenticeship and Training Committee
6    ("JATC"); Board of Trustees of the Sheet Metal Workers' Local 105 Retiree Health Plan
7    ("Retirees Plan"); Board of Trustees of the Southern California Sheet Metal Workers'
8    401(a) Plan ("401(a) Plan"); Sheet Metal Workers' International Association, Local
9    Union No. 105 Union Dues Check-Off and Deferred Savings Fund ("Dues and Savings
10   Fund"); Board of Trustees of the Southern California Labor Management Cooperation
11   Trust ("LMCT"); and Board of Trustees of the Sheet Metal Industry Fund of Los Angeles
12   ("Industry Fund") (collectively the "Plans" or "Trust Funds"), and Defendant, JAMES
13   PAUL LEE, III ("Individual Defendant"); and HENDERSON MECHANICAL
14   SYSTEMS, INC. ("Company"), the Court has considered the matter fully and concluded
15   that good cause exists to approve the parties' Stipulation in its entirety.
16       Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND**
17   **DECREED** as follows:
18   1.    That the Company and Individual Defendant are indebted to the Plans in the total
19   amount of $272,345.03  as follows: contributions (including the "Savings Deferral"
20   which are wages deducted from employee paychecks) in the amount of $152,423.39 for
21   the delinquent work months of July 2013 through November 2013 and January 2014 and
22   April 2014 and June 2014 through April 2015; $27,532.78 in audit contributions
23   conducted for the period of June 2009 through September 2013; $51,592.57 in liquidated
24   damages for late payment or nonpayment of contributions for the work months of
25   October 2009, March 2010 through December 2010, January 2011 through April 2011,
26   July 2011,  September 2011 through November 2011,  January 2012 through December
27   2012, February 2013 through October 2013 and December 2013, January 2014 through
28   March 2014 and May 2014 through September 2014; $25,796.29 in interest for late

payment or nonpayment of contributions for the work months of October 2009, March 2010 through December 2010, January 2011 through April 2011, July 2011, September 2011 through November 2011, January 2012 through December 2012, February 2013 through October 2013 and December 2013, January 2014 through March 2014 and May 2014 through September 2014; and attorney's fees in the amount of $15,000.00.

2. Judgment is entered in favor of the Plans and against the Company and Individual Defendant, jointly and severally, in the amount of $272,345.03 for delinquent employee benefit plan contributions, audit contributions, accrued liquidated damages, interest, attorney fees and costs, together with post-judgment interest thereon at the rate of 12% per annum as of the date of the Judgment.

3. This Court retains jurisdiction over this matter through September 15, 2016 to enforce the terms of any judgment entered hereunder, to order appropriate injunctive and equitable relief, to make appropriate orders of contempt, and to increase the amount of judgment based upon additional sums owed to the Plans by Defendants.

**IT IS SO ORDERED**.

Dated: January 5, 2015

Hon. Christina A. Synder